IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| JEAN M. KING, | ) | |
| | ) | |
| Plaintiff, | ) | No. C06-4023-DEO |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| UNITED STATES OF AMERICA, | ) | IN A CIVIL CASE |
| and USDA SECRETARY OF | ) | |
| AGRICULTURE | ) | |
| MICHAEL O. JOHANNS, in his | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        Plaintiff, Jean M. King, take nothing and this action is dismissed.

Dated: March 4, 2008                ROBERT L. PHELPS
                                             Clerk

                                             /s/ des
                                             (By) Deputy Clerk